In the Matter of ANTHONY E. BATTELLE, an Attorney, Resignor. [994 NYS2d 891]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Smith, J.P., Fahey, Carni, Sconiers and Whalen, JJ. (Filed Oct. 24, 2014.)

In the Matter of JERRY A. FOWLER, an Attorney, Resignor. [994 NYS2d 891]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Smith, J.P., Fahey, Carni, Sconiers and Whalen, JJ. (Filed Oct. 24, 2014.)

In the Matter of SEAN P. LYNCH, an Attorney, Resignor. [994 NYS2d 892]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Smith, J.P., Fahey, Carni, Sconiers and Whalen, JJ. (Filed Oct. 24, 2014.)

In the Matter of HATTIE E. KAUFMAN, an Attorney, Resignor. [995 NYS2d 522]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Smith, J.P., Fahey, Carni, Sconiers and Valentino, JJ. (Filed Oct. 24, 2014.)

In the Matter of DON B. IWANICKI, an Attorney, Resignor. [995 NYS2d 522]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Centra, J.P., Peradotto, Lindley, Whalen and DeJoseph, JJ. (Filed Oct. 2, 2014.)

In the Matter of JONATHAN F. WOLCOTT, an Attorney, Resignor. [995 NYS2d 522]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Centra, J.P., Peradotto, Lindley, Whalen and DeJoseph, JJ. (Filed Oct. 2, 2014.)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TIMOTHY MULDROW, Appellant. [996 NYS2d 202]—Motion for writ of error coram nobis denied. Present—Centra, J.P., Fahey, Peradotto and Carni, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHARROWL DAVIS, Also Known as SHARROD DAVIS, Appellant. [996 NYS2d 202]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Centra, Fahey, Carni and Whalen, JJ.